UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| ROBERT THORNAL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JIM PITTS, in his individual and official capacities;<br><br>RON SUPP, in his individual and official capacities;<br><br>ELKO COUNTY SHERIFF'S OFFICE, a governmental entity; and<br><br>ELKO COUNTY, a governmental entity.<br><br>　　　　　　Defendants. | Case Number:<br>3:19-cv-00358-LRH-WGC<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED, by and between Plaintiff, ROBERT THORNAL, ("Plaintiff"), by and through his counsel of record, John Neil Stephenson, Esq., and the remaining Defendants JIM PITTS, RON SUPP and ELKO COUNTY (the "Defendants") (collectively the "Parties"), by and through their counsel of record, Brian R. Hardy, Esq., that the parties agree as follows.

　　　1.　　Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice with each party to bear its own fees and costs; and

2. Any and all dates or deadlines currently scheduled in this matter should be vacated.

Dated this 13th day of March, 2020        Dated this 13th day of ~~February~~ March, 2020

STEPHENSON LAW, PLLC                       MARQUIS AURBACH COFFING

By: _____                 By: _____
John Neil Stephenson, Esq.                 Craig R. Anderson, Esq.
Nevada Bar No. 12497                       Nevada Bar No. 6882
1770 Verdi Vista Court                     Brian R. Hardy, Esq.
Reno, Nevada 89523                         Nevada Bar No. 10068
Attorney for Plaintiff                     10001 Park Run Drive
                                           Las Vegas, Nevada 89145
                                           Attorneys for Defendants Jim Pitts; Ron
                                           Supp; and Elko County

## ORDER

IT IS SO ORDERED.

DATED the 16th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE